

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00293-CV

GERRI E. SAVALA,

                                        **Appellant**

v.

CHARTER DRYWALL, DALLAS, INC.,

                                        **Appellee**

---

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 10-C-3211**

---

## MEMORANDUM  OPINION

---

The Clerk of this Court notified the parties in a March 29, 2011 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days.

Appellant, who is pro se, has filed a response stating that she is not able to continue this appeal at this time.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P.

38.8(a)(1), 42.3(b).


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
      (Chief Justice Gray dissents. A separate opinion will not issue. Appellant's response indicates she is presently under a doctor's care for a condition that prevents her from acting as her own attorney to prosecute her appeal at this time. Chief Justice Gray would abate the appeal for a period of 60 days to allow the appellant time to recover or to engage counsel to represent her. While Chief Justice Gray agrees that we cannot abate this proceeding indefinitely, he does not believe a delay of 60 days, under the circumstances, is unreasonable.)
Dismissed
Opinion delivered and filed May 11, 2011
[CV06]